# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 104922 | 9/18/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.009 | 9/6/2019 | |
| Case Name | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| Records Pertaining To | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| **RECORDS FROM** | **ORDERED BY** | **Reference Info.** |
|---|---|---|
| SOUTH TEXAS SPINAL CLINIC, P. A.<br>Medical/Billing<br>9150 Huebner Rd, Ste. #290<br>San Antonio, TX  78240 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | | 89.00 | | | |
| Custodian Fee | | | | 42.02 | 42.02 |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | | 89.00 | Pages @ | 0.45 | 40.05 |
| Online/Email Access | | 89.00 | Pages @ | 0.30 | 26.70 |
| (TAXABLE  $208.77) | | | | | |

**TOTAL DUE  >>>**     **$208.77**

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:**     0.00
**(+) Finance Charges/Debits:**     0.00

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 104922 |
| Invoice Date | : | 9/18/2019 |
| **Total Due** | : | **$208.77** |

**Remit To:**     **THE LEGAL CONNECTION, INC.**
                **7103 Oak Meadow Dr., Suite A**
                **Austin, TX  78736**

| | | |
|---|---|---|
| Order No. | : | 27530.009 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | ROSANNE SOLIS ( BY AUTHO) |

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 104922 | 9/18/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.009 | 9/6/2019 | |
| **Case Name** | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:  $208.77

**Tax ID:** ▮▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :  104922
Invoice Date   :  9/18/2019
**Total Due**  :  **$208.77**

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :  27530.009
BU ID        :  MAIN
Case No.     :
Case Name    :  ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105571 | 9/30/2019 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.003 | 9/6/2019 | |
| **Case Name** | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Radiology<br>499 10th Street<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>1114 Lost Creek Blvd<br>Suite 410<br>Austin, TX  78746 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| ROSANNE SOLIS (RADIOLOGY) | 7.00 | | | | |
| Custodian Fee | | | | 43.20 | 43.20 |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 7.00 | Pages | @ | 0.45 | 3.15 |
| Online/Email Access | 7.00 | Pages | @ | 0.30 | 2.10 |
| Examination and Delivery of Original Radiology CD | | | | 35.00 | 35.00 |
| (TAXABLE  $183.45) | | | | | |
| | | | **TOTAL DUE  >>>** | | **$183.45** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

| (-) Payments/Credits: | 183.45 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |

**Tax ID:**

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

| Invoice No. | : | 105571 |
|---|---|---|
| Invoice Date | : | 9/30/2019 |
| **Total Due** | : | **$0.00** |

| **Remit To:** | **THE LEGAL CONNECTION, INC.**<br>**8656 W Hwy 71, Bldg F, Suite 200**<br>**Austin, TX  78735** |
|---|---|

| Order No. | : | 27530.003 |
|---|---|---|
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | ROSANNE SOLIS ( BY AUTHO) |

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105571 | 9/30/2019 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.003 | 9/6/2019 | |
| **Case Name** | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

(=) New Balance:  $0.00

**Tax ID:** ▇▇▇▇▇

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

Invoice No.    :  105571
Invoice Date   :  9/30/2019
**Total Due**  :  **$0.00**

Remit To:   **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX  78735**

Order No.     :  27530.003
BU ID         :  MAIN
Case No.      :
Case Name     :  ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105216 | 9/23/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.008 | 9/6/2019 | |
| Case Name | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| Records Pertaining To | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GONZABA MEDICAL GROUP<br>Medical/Billing<br>720 Pleasanton Road<br>San Antonio, TX  78214 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

|  |  |  |  |  |
|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | 34.00 | | | |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 34.00 Pages | @ | 0.45 | 15.30 |
| Online/Email Access | 34.00 Pages | @ | 0.30 | 10.20 |
| (TAXABLE  $125.50) | | | | |

**TOTAL DUE  >>>**                                                          **$125.50**

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

(-) Payments/Credits:                 0.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:                  $125.50

**Tax ID:** ▉▉▉▉▉▉

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.   :  105216
Invoice Date  :  9/23/2019
**Total Due**     :  **$125.50**

**Remit To:**  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.   :  27530.008
BU ID       :  MAIN
Case No.    :
Case Name   :  ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105876 | 10/7/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.001 | 9/6/2019 | |
| Case Name | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| Records Pertaining To | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ACADIAN AMBULANCE SERVICE<br>Medical/Billing<br>PO  Box 98000<br>Lafayette, LA  70509 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | | 19.00 | | | |
| Custodian Fee | | | | 21.50 | 21.50 |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | | 19.00 | Pages  @ | 0.45 | 8.55 |
| Online/Email Access | | 19.00 | Pages  @ | 0.30 | 5.70 |
| (TAXABLE  $135.75) | | | | | |
| | | | **TOTAL DUE  >>>** | | **$135.75** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:**  0.00
**(+) Finance Charges/Debits:**  0.00

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    : 105876
Invoice Date   : 10/7/2019
**Total Due    : $135.75**

Remit To:   **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    : 27530.001
BU ID        : MAIN
Case No.     :
Case Name    : ROSANNE SOLIS ( BY AUTHO)

# INVOICE



Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105876 | 10/7/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.001 | 9/6/2019 | |
| Case Name | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| Records Pertaining To | | |
| ROSANNE SOLIS | | |

(=) New Balance:     $135.75

**Tax ID:**

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :  105876
Invoice Date   :  10/7/2019
**Total Due**  :  **$135.75**

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :  27530.001
BU ID        :  MAIN
Case No.     :
Case Name    :  ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106202 | 10/14/2019 | Net 15 |
| Order No. | Order Date | Case No. |
| 27530.013 | 9/6/2019 | |
| Case Name | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| Records Pertaining To | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

| **RECORDS FROM** | **ORDERED BY** | **Reference Info.** |
|---|---|---|
| UNIVERSITY HOSPITAL<br>Radiology<br>4502 Medical Drive, MS-35-1<br>San Antonio, TX  78229 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>1114 Lost Creek Blvd<br>Suite 410<br>Austin, TX  78746 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

|  |  |  |  |  |
|---|---|---|---|---|
| ROSANNE SOLIS (RADIOLOGY) | 6.00 | | | |
| Custodian Fee | | | 60.00 | 60.00 |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 6.00 Pages | @ | 0.45 | 2.70 |
| Online/Email Access | 6.00 Pages | @ | 0.30 | 1.80 |
| Examination and Delivery of Original Radiology DVD | | | 45.00 | 45.00 |
| (TAXABLE  $209.50) | | | | |
| | | **TOTAL DUE  >>>** | | **$209.50** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

| (-) Payments/Credits: | 209.50 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

| Invoice No. | : | 106202 |
|---|---|---|
| Invoice Date | : | 10/14/2019 |
| **Total Due** | : | **$0.00** |

**Remit To:**   **THE LEGAL CONNECTION, INC.**
                **8656 W Hwy 71, Bldg F, Suite 200**
                **Austin, TX  78735**

| Order No. | : | 27530.013 |
|---|---|---|
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | ROSANNE SOLIS ( BY AUTHO) |

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106202 | 10/14/2019 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.013 | 9/6/2019 | |
| **Case Name** | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

(=) New Balance:   $0.00

**Tax ID:**

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
1114 Lost Creek Blvd
Suite 410
Austin, TX  78746

Invoice No.    :   106202
Invoice Date   :   10/14/2019
**Total Due**  :   **$0.00**

Remit To:   **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX  78735**

Order No.    :   27530.013
BU ID        :   MAIN
Case No.     :
Case Name    :   ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106369 | 10/16/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.007 | 9/6/2019 | |

| Case Name |
|---|
| ROSANNE SOLIS ( BY AUTHO) |
| **Records Pertaining To** |
| ROSANNE SOLIS |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CAMINO REAL COMMUNITY SERVICES<br>Correspondence<br>19965 FM 3175<br>Lytle, TX  78052 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | 189.00 | | | |
| Custodian Fee | | | 131.95 | 131.95 |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 5.00 Pages | @ | 0.55 | 2.75 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.30 | 30.00 |
| (TAXABLE  $309.70) | | | | |
| | | **TOTAL DUE  >>>** | | **$309.70** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

(-) Payments/Credits:   0.00

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    : 106369
Invoice Date   : 10/16/2019
**Total Due**  : **$309.70**

**Remit To:**  **THE LEGAL CONNECTION, INC.**
              **7103 Oak Meadow Dr., Suite A**
              **Austin, TX  78736**

Order No.   : 27530.007
BU ID       : MAIN
Case No.    :
Case Name   : ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106369 | 10/16/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.007 | 9/6/2019 | |
| **Case Name** | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

|  |  |
|---|---:|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $309.70 |

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.     :   106369
Invoice Date    :   10/16/2019
**Total Due**   :   **$309.70**

Remit To:   **THE LEGAL CONNECTION, INC.**
            **7103 Oak Meadow Dr., Suite A**
            **Austin, TX  78736**

Order No.    :   27530.007
BU ID        :   MAIN
Case No.     :
Case Name    :   ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106865 | 10/25/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.002 | 9/6/2019 | |
| Case Name ||||
| ROSANNE SOLIS ( BY AUTHO) ||||
| Records Pertaining To ||||
| ROSANNE SOLIS ||||

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Health Information Management<br>499 10th Street<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | | 87.00 | | | |
| Custodian Fee | | | | 6.00 | 6.00 |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | | 87.00 | Pages @ | 0.45 | 39.15 |
| Online/Email Access | | 87.00 | Pages @ | 0.30 | 26.10 |
| (TAXABLE  $171.25) | | | | | |

**TOTAL DUE  >>>**   $171.25

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:**   0.00
**(+) Finance Charges/Debits:**   0.00

**Tax ID:** ▇▇▇▇▇▇

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :  106865
Invoice Date   :  10/25/2019
**Total Due**  :  **$171.25**

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.      :  27530.002
BU ID          :  MAIN
Case No.       :
Case Name      :  ROSANNE SOLIS ( BY AUTHO)

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106865 | 10/25/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.002 | 9/6/2019 | |
| **Case Name** | | |
| ROSANNE SOLIS ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| ROSANNE SOLIS | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:        $171.25

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :   106865
Invoice Date   :   10/25/2019
**Total Due**  :   **$171.25**

Remit To:   **THE LEGAL CONNECTION, INC.**
            **7103 Oak Meadow Dr., Suite A**
            **Austin, TX  78736**

Order No.    :   27530.002
BU ID        :   MAIN
Case No.     :
Case Name    :   ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 108957 | 12/6/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.012 | 9/6/2019 | |
| Case Name ||| 
| ROSANNE SOLIS ( BY AUTHO) |||
| Records Pertaining To |||
| ROSANNE SOLIS |||

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UNIVERSITY HOSPITAL<br>Medical Records<br>4502 Medical Drive, MS-26-2<br>San Antonio, TX  78229 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | | | 215.00 | |
| Custodian Fee | | | 97.04 | 97.04 |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 5.00 Pages | @ | 0.55 | 2.75 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.30 | 30.00 |
| (TAXABLE  $274.79) | | | | |

**TOTAL DUE  >>>**   $274.79

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:**   0.00
**(+) Finance Charges/Debits:**   0.00

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :   108957
Invoice Date   :   12/6/2019
**Total Due**      :   **$274.79**

**Remit To:**   **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.     :   27530.012
BU ID         :   MAIN
Case No.      :
Case Name     :   ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 108957 | 12/6/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27530.012 | 9/6/2019 | |

| Case Name |
|---|
| ROSANNE SOLIS ( BY AUTHO) |
| **Records Pertaining To** |
| ROSANNE SOLIS |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:   $274.79

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.   :   108957
Invoice Date  :   12/6/2019
**Total Due**  :   **$274.79**

Remit To: **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :   27530.012
BU ID        :   MAIN
Case No.     :
Case Name    :   ROSANNE SOLIS ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 109774 | 12/20/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27530.011 | 9/6/2019 | |
| Case Name ||| 
| ROSANNE SOLIS ( BY AUTHO) |||
| Records Pertaining To |||
| ROSANNE SOLIS |||

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| WELLMED AT PECAN VALLEY<br>Medical/Billing<br>4243 E. Southcross Blvd., Suite 205<br>San Antonio, TX  78222 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | | | | |
|---|---|---|---|---|
| ROSANNE SOLIS (MEDICAL) | | | 134.00 | |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 4.00 Pages | @ | 0.55 | 2.20 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.30 | 30.00 |
| (TAXABLE  $177.20) | | | | |

| | |
|---|---|
| TOTAL DUE  >>> | $177.20 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $177.20 |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.   :  109774
Invoice Date  :  12/20/2019
**Total Due**   :  **$177.20**

Remit To:   **THE LEGAL CONNECTION, INC.**
            **7103 Oak Meadow Dr., Suite A**
            **Austin, TX  78736**

Order No.    :  27530.011
BU ID        :  MAIN
Case No.     :
Case Name    :  ROSANNE SOLIS ( BY AUTHO)

# FREE STATE REPORTING, INC.

1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/4/20 | WDTX076 |

| BILL TO | SHIP TO |
|---|---|
| Jamal Alsaffar<br>7500 Rialto Boulevard<br>Building 2, Suite 250<br>Austin, TX  78735 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| Upon Receipt | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition:  5/19/2020<br>In the matter of:  Rosanne Solis<br>Deposition of:  Rosanne Solis<br>First copy of transcript | 115 | 3.15 | 362.25 |
| Date of Deposition:  5/19/2020<br>In the matter of:  Joaquin Ramriez<br>Deposition of:  Joaquin Ramirez<br>First copy of transcript | 87 | 3.15 | 274.05 |

Federal ID # ■■■■    DUNS #051045359

**Total:** $636.30

Please reference invoice number on payment.  Outstanding balances incur a finance charge of 1.5% per month.

**Balance Due:** $636.30

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

02/22/21

SALE                                                                    Total:        $451.82

Visa
xxxxxxxxxxxx5046

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Thelma Alvarado-Garza | | |
| Auth. Code: | 03606G | **QuickBooks Trans. No:** | |
| Trans. ID: | PU0000101534 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY